**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 111 WAL 2022

           Respondent             :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

          v.                 :

SHAWN A. SEIF, SR.,             :

           Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 23rd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.